# Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL ASSOCATION OF SCHOLARS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, JENNIFER GRANHOLM, in her official capacity as Secretary of Energy, and GERALDINE RICHMOND, in her official capacity as Under Secretary for Science and Innovation,<br><br>　　　　　　Defendants. | Case No.　25-cv-00077 |

**DECLARATION OF NAS MEMBER A**

I, ███████████, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify the same.

2. I am resident of Texas, within the Austin Division of the Western District of Texas, and have been so for the past 24 years.

3. I have been a member of the National Association of Scholars ("NAS") for 13 years and believe in the mission and goals promoted by NAS.

4. I am a professor of electrical engineering at a large public university in Texas and have been a faculty member there for over 24 years.

5. Over the past 30 years I have applied for and received grants for scientific research from various federal agencies including the Department of Energy, the National Science Foundation and the Department of Defense.

6. I have received research funding from the Department of Energy regarding technology transfer issues which resulted in the publication of academic papers.

7. In 2023 I applied for a research grant from the United States Air Force, but later I was informed that the Air Force lacked funding for the research so I never received the grant.

8. In my career, as Principal Investigator I have received research funding from federal agencies for three research projects.

9. I am currently conducting preliminary research on a unique atmospheric phenomenon that I believe would be a research topic that could merit funding from the Department of Energy.

10. I will not seek funding from the Department of Energy because I refuse to submit a Diversity, Equity and Inclusion ("DEI") statement and I believe the Department's Office of Science Promoting Inclusive and Equitable Research (PIER) plan requirement is a DEI statement.

11. I don't believe in DEI statements or the promotion of DEI in higher education because I believe it politicizes science and is contrary to individual merit and achievement, and is also contrary to equality of opportunity, which I fully support.

12. I believe that the promotion of DEI goals and principles frequently undermines the pursuit of scientific and academic excellence.

13. I fully support the efforts of NAS to investigate and report on DEI within higher education and especially within the Science, Technology, Engineering and Math ("STEM") disciplines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 2, 2025, in ▮▮▮▮▮ Texas.


(Member A)