# Exhibit A



# Executive Order update to PIER Plan requirement

US Department of Energy Office of Science sent this bulletin at 01/27/2025 10:36 AM EST

View as a webpage / Share



# Executive Order update to PIER Plan requirement

The President has issued 43 Executive Orders, Presidential Memoranda, and Proclamations, including an Executive Order entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing*. DOE is moving aggressively to implement this Executive Order by directing the suspension of the following:

- Diversity, equity, and inclusion (DEI) policies, procedures, programs, activities, and reviews involving or relating to DEI objectives and principles until further notice;
- Requiring, using, or enforcing Community Benefits Plans (CBP); and
- Requiring, using, or enforcing Justice40 requirements, conditions, or principles in any loans, loan guarantees, grants, cost sharing agreements, funding opportunity announcements, contracts, contract awards, or any other source of financial assistance.

The Office of Science is immediately ending the requirement for Promoting Inclusive and Equitable Research (PIER) Plans in any proposal submitted to the Office of Science. All open solicitations have been or will be amended to remove the PIER Plan requirement and associated review criterion. For proposals that have already been submitted to the Office of Science, no action on the part of the applicant is required, but applicants will have the option to resubmit a new application with the removal of the PIER plan. Reviewers will not be asked to read or comment on PIER Plans. Selection decisions will not take into consideration the content of PIER Plans or any reviewer comments on PIER Plans. If you have questions, please email questions@science.doe.gov. Thank you for your attention to this important matter.

Stay Connected with US Department of Energy Office of Science:

   

SUBSCRIBER SERVICES:
Manage Subscriptions  |  Unsubscribe All  |  Help

## Subscribe to updates from US Department of Energy Office of Science

Email Address [                    ] e.g. name@example.com

Subscribe

## Share Bulletin

Powered by



Privacy Policy | Cookie Statement | Help