# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **National Association of Scholars,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | No. 1:25-cv-00077-DAE | |
| § | | |
| **United States Department of Energy,** § | | |
| **et al.,** § | | |
| *Defendants* § | | |

## ORDER

The District Court entered a Limited Order of Referral to this Magistrate Judge to meet with all parties to discuss scheduling deadlines and enter a scheduling order to control this case. Dkt. 14.

Accordingly, the parties, or counsel of record appearing on their behalf, are **ORDERED** to appear for a scheduling conference **by telephone** on **Wednesday, April 30, 2025 at 10 a.m. CDT**.

The parties are directed to use the following dial-in information:

\*\*Please call in 5 minutes before the hearing starts.\*\*

1. Toll free number: (877) 873-8018

2. Access code: 6000190#

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality.

If there are questions regarding the telephonic appearance, the parties should contact Courtroom Deputy Kyra Fink at Kyra_Fink@txwd.uscourts.gov.

**SIGNED** on April 25, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1