# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **National Association of Scholars,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | No. 1:25-cv-00077-DAE | |
| § | | |
| **United States Department of Energy,** § | | |
| **et al.,** § | | |
| *Defendants* § | | |

## ORDER

The District Court entered a Limited Order of Referral to this Magistrate Judge to meet with all parties to discuss scheduling deadlines and enter a scheduling order to control this case. Dkt. 14.

The Court held a phone conference on April 30, 2025, during which the parties agreed that Defendants' proposed scheduling recommendations are appropriate at this stage of this Administrative Procedure Act case, given that Defendants' Motion to Dismiss (Dkt. 13) is now fully briefed and ripe for adjudication.

Accordingly, the Court **ORDERS** the parties submit a joint proposed schedule for further proceedings within fourteen days after the Court's resolution of Defendants' Motion to Dismiss, if any aspect of the case remains live after the Court's resolution.

It is **FURTHER ORDERED** that this case is removed from this Magistrate Judge's docket and returned to the docket of the Honorable David Alan Ezra.

**SIGNED** on April 30, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE