IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NATIONAL ASSOCIATION OF
SCHOLARS,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
ENERGY, et al.

*Defendants*.

No. 25-cv-00077-DAE

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule AT-3, Defendants respectfully request the Court withdraw the appearance of the undersigned, Cassandra M. Snyder of the U.S. Department of Justice, as counsel of record for Defendants in the above-captioned matter. As good cause in support of this request, undersigned counsel is ending her employment with the Department of Justice, effective September 5, 2025, and Defendants will be represented by government counsel who intends to file a notice of appearance on the docket imminently.

Dated: September 5, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director
Federal Programs Branch

/s/ *Cassandra M. Snyder*
Cassandra M. Snyder
D.C. Bar #1671667
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: Cassandra.M.Synder@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On September 5, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

*/s/ Cassandra Snyder*
Cassandra Snyder
